Stephanie R. Tatar (237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

Attorney for Plaintiff,
ANDRA RASBY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRA RASBY<br><br>           Plaintiff,<br><br>     vs.<br><br>EARLY WARNING SERVICES LLC<br>et al.<br><br>           Defendant | **Case No.:** 2:15-cv-09024-FMO-KS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF EARLY WARNING SERVICES, LLC *ONLY*** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff dismisses Defendant Early Warning Services LLC *only,* with prejudice.

Dated:   April 22, 2016          Respectfully Submitted:

                                 /s/ Stephanie R. Tatar
                                 Tatar Law Firm, APC
                                 Attorney for Plaintiff Andra Rasby

1

NOTICE OF DISMISSAL WITH PREJUDICE